RUBIN, FIORELLA & FRIEDMAN LLP
James E. Mercante
Richard González
630 Third Avenue, 3rd Floor
New York, New York 10017
Tel: (212) 953-2381
*Attorneys for Defendants,*
*URI KAUFMAN and HERSHEL WEIN*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 23 2014 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RACHEL TEPFER, as Administratrix of the Estate of AARON TEPFER a/k/a ARI TEPFER, Deceased, Civil Action No.: CV 14 2578

Plaintiff,

- against -

URI KAUFMAN and HERSHEL WEIN,

Defendants,

HURLEY, J.

NOTICE REGARDING
RELATED CASE

TOMLINSON, M.J.

**PLEASE TAKE NOTICE** that this removed case, is **RELATED** to the Complaint by Petitioners, URI KAUFMAN and HERSHEL WEIN, as owners of a 2003, 27 foot Sea Ray, recreational boat, for Exoneration from or Limitation of Liability, currently before the <u>Honorable Joanna Seybert, U.S. District Judge</u>, Index Number 2:14-cv-02227 (JS)(GRB), as both matters arise from the same maritime incident.

Dated: New York, New York
April 23, 2014

RUBIN, FIORELLA & FRIEDMAN LLP
*Attorneys for Defendants,*
*URI KAUFMAN and HERSHEL WEIN*

By: _____
James E. Mercante
Richard González

630 Third Avenue, 3rd Floor
New York, NY 10017
Tel: 212-953-2381
Fax: 212-953-2462
E-Mail: jmercante@rubinfiorella.com
E-Mail: rgonzalez@rubinfiorella.com
Our File No.: 0659.27292