**RUBIN, FIORELLA & FRIEDMAN LLP**
James E. Mercante
630 Third Avenue, 3rd Floor
New York, New York 10017
Tel: (212) 953-2381
Fax: (212) 953-2462
JMercante@rubinfiorella.com
*Attorneys for Petitioners,*
*Uri Kaufman and Hershel Wein*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
IN THE MATTER OF THE COMPLAINT

of

URI KAUFMAN and HERSHEL WEIN, as owners
of a 2003, 27 foot, Sea Ray, recreational boat, for
Exoneration from or Limitation of Liability

Petitioner.
---------------------------------------------------------------x

Civil Action No. 14-CV-02227 (JS)(AYS)

**ORDER AND STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for all parties in the captioned action, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the captioned action having been settled, it be and hereby is dismissed with prejudice, and without costs to any party; and

IT IS HEREBY STIPULATED AND AGREED, that all petitions, claims, cross-claims, and counter-claims by and between all parties in the above entitled action are hereby discontinued with prejudice, and without costs to any party.

Dated: April 20, 2017

**MORRISON & WAGNER, LLP**
*Attorneys for Rachel Tepfer, as*
*Admininstratrix of the Estate of*
*AARON TEPFER A/K/A ARI TEPFER*

By: /s/ Stuart Wagner, Esq
*49 West 38th Street, 15th Floor*
New York, New York 10018
Phone: 212-343-8000

**RUBIN, FIORELLA & FRIEDMAN LLP**
*Attorneys for Petitioners,*
*URI KAUFMAN and HERSHEL WEIN*

By: James E. Mercante
*630 Third Street, 3rd Floor*
New York, New York 10017
JMercante@rubinfiorella.com
Phone: (212) 953-2381

**SO ORDERED:**

_____
U.S.D.J.